[DO NOT PUBLISH]

# In the
# United States Court of Appeals
## For the Eleventh Circuit

_____

No. 24-11726

Non-Argument Calendar

_____

UNITED STATES OF AMERICA,

Plaintiff-Appellee,

*versus*

SAMUEL ADAM BUCHANAN,

Defendant-Appellant.

_____

Appeal from the United States District Court
for the Northern District of Alabama
D.C. Docket No. 2:19-cr-00359-ACA-GMB-1

_____

2                           Opinion of the Court                        24-11726

Before ROSENBAUM, NEWSOM, and GRANT, Circuit Judges

PER CURIAM:

John Lloyd, appointed counsel for Samuel Buchanan in this appeal, has moved to withdraw from further representation of the appellant and filed a brief pursuant to *Anders v. California*, 386 U.S. 738 (1967). Our independent review of the entire record reveals that counsel's assessment of the relative merit of the appeal is correct. Because independent examination of the entire record reveals no arguable issues of merit, counsel's motion to withdraw is **GRANTED**, and the district court's order denying Buchanan's motion for a sentence reduction under 18 U.S.C. § 3582(c) is **AFFIRMED**.